~~ORDERED SEALED BY COURT~~ unsealed 5/8/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                )<br>                                     )<br>     v.                              )<br>                                     )<br> 682 Villa de la Valle               )<br> Solana Beach, California            )<br>                                     )<br>          Defendant.                 )<br> _____) | Magistrate Case No.<br><br>**'08 MJ 1249**<br><br>ORDER SEALING SEARCH WARRANT;<br>AND THE APPLICATION AND<br><u>AFFIDAVIT FOR SEARCH WARRANT</u> |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: April 23, 2008

_____
HONORABLE JAN M. ADLER
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_____
MITCHELL D. DEMBIN
Assistant U.S. Attorney