ORIGINAL

FILED
08 MAY -8 AM 8:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  MITCHELL D. DEMBIN
   Assistant U.S. Attorney
3  California Bar Number 114017
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5558

6  Attorneys for Plaintiff
   United States of America

               UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  Case No. 08MJ1249
                                 )
            Plaintiff,           )
                                 )  EX PARTE MOTION AND ORDER TO
     v.                          )  UNSEAL SEARCH WARRANT
                                 )
                                 )
682 Villa de la Valle            )
Solana Beach, California         )
                                 )
                                 )
            Defendant.           )
_____)

     The United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant U. S. Attorney, moves this Court to unseal the search warrant, the application for the search warrant, the return of the search warrant and the affidavit in support of the search warrant in Magistrate Case No. 08MJ1249 obtained and sealed on April 23, 2008, and executed shortly thereafter.

     In support of this Motion, counsel for the government states that the need for continued secrecy has passed.

08MJ1249

1    Accordingly, it is requested that the Court order that the search
2 warrant materials in Magistrate Case No. 08MJ1249 be unsealed.

4 Dated: May 6, 2008

6                                          Respectfully submitted,

7                                          KAREN P. HEWITT
                                           United States Attorney

9                                    By:   /s/ Mitchell D. Dembin
                                           MITCHELL D. DEMBIN
10                                         Assistant U. S. Attorney

12                                **ORDER**

13 Upon motion of the United States, good cause appearing therefor,
14 **IT IS HEREBY ORDERED** that the search warrant materials in Magistrate
15 Case No. 08MJ1249 are unsealed.

18 Dated: 5/7/08                            /s/ Jan M. Adler
19                                          HONORABLE JAN M. ADLER
                                            United States Magistrate Judge